No. 87–1818. BADHAM ET AL. *v.* EU, SECRETARY OF STATE OF CALIFORNIA, ET AL., *ante,* p. 804. Petition for rehearing granted. Request to proceed upon the papers already filed in this case granted. Appellees are allowed 30 days within which to file supplemental motions to dismiss or affirm.

No. 87–7023. HARDIN *v.* STRAUB. C. A. 6th Cir. [Certiorari granted, *ante,* p. 887.] Motion of petitioner for appointment of counsel granted, and it is ordered that Douglas R. Mullkoff, Esq., of Ann Arbor, Mich., be appointed as counsel for petitioner in this case.

No. 88–535. LOCAL FREIGHT DRIVERS, LOCAL 208, INTERNATIONAL BROTHERHOOD OF TEAMSTERS, CHAUFFEURS, WAREHOUSEMEN & HELPERS OF AMERICA *v.* ROZAY'S TRANSFER. C. A. 9th Cir. The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 88–556. BROWNING-FERRIS INDUSTRIES OF VERMONT, INC., ET AL. *v.* KELCO DISPOSAL, INC., ET AL. C. A. 2d Cir. Motion of Motor Vehicle Manufacturers Association of the United States et al. for leave to file a brief as *amici curiae* granted.

No. 88–5403. HAYES *v.* WESTERN WEIGHING AND INSPECTION BUREAU. C. A. 5th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied. Petitioner is allowed until December 5, 1988, within which to pay the docketing fee required by Rule 45(a) and to submit a petition in compliance with Rule 33 of the Rules of this Court.

JUSTICE BRENNAN, JUSTICE MARSHALL, JUSTICE BLACKMUN, and JUSTICE STEVENS, dissenting.

For the reasons expressed in *Brown* v. *Herald Co.,* 464 U. S. 928 (1983), we would deny the petition for writ of certiorari without reaching the merits of the motion to proceed *in forma pauperis.*

No. 88–5570. IN RE PHILLIPS. Ct. Crim. App. Okla. Petition for writ of common-law certiorari denied.